UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Michael John Husten,                                    File No. 21-cv-01722 (ECT/JFD)

        Petitioner,

v.                                                                          **ORDER ACCEPTING REPORT
                                                                             AND RECOMMENDATION**

Paul Schnell, *Commissioner - Minnesota
Department of Corrections*, and Roy Bosch,
*Warden - Stillwater State Prison*,

        Respondents.

_____

Magistrate Judge John F. Docherty issued a Report and Recommendation on November 3, 2021. ECF No. 19. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 19] is **ACCEPTED**;

2.    The Petition for Habeas Corpus Order, for a Compassionate-Release from Incarceration [ECF No. 1] is **DENIED**;

3.    This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

4. No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 3, 2021            s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court